STANDRIDGE et al. v. SUPREME LODGE ORDER OF GOLDEN CHAIN. (Circuit Court of Appeals, Fifth Circuit. January 30, 1900.) No. 907. Appeal from the Circuit Court of the United States for the Northern District of Georgia. Docketed and dismissed pursuant to the sixteenth rule.

---

TENNESSEE COAL, IRON & RAILROAD CO. v. PIERCE. PIERCE v. TENNESSEE COAL, IRON & RAILROAD CO. (Circuit Court of Appeals, Fifth Circuit. February 13, 1900.) No. 846. In Error to the Circuit Court of the United States for the Northern District of Alabama. W. A. Percy and W. I. Grubb, for Tennessee Coal, Iron & Railroad Co. W. A. Gunter, for Pierce. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This case has heretofore been before this court (52 U. S. App. 355, 26 C. C. A. 632, 81 Fed. 814), and before the supreme court of the United States (173 U. S. 1, 19 Sup. Ct. 335, 43 L. Ed. 591), and the main propositions of law involved, including the rule of damages, have been conclusively settled. On the last trial in the circuit court the trial judge made rulings on both sides, which are here made the basis of 51 assigned errors. Forty-five of them relate to instructions to the jury, given and refused. It is unnecessary to pass specifically upon these rulings, and we only observe in relation thereto that, if they were erroneous, there was practically a compensation of errors, for none of them seem to have misled the jury from the law and facts of the case. The general charge given by the trial judge appears to be full, and to cover the law of the case, and the verdict of the jury does substantial justice between the parties. No useful purpose will be subserved by a prolongation of the litigation. The judgment of the circuit court is affirmed on both writs, and the costs will be apportioned accordingly.

---

TEXAS & P. RY. CO. v. REISS et al. (Circuit Court of Appeals, Second Circuit. March 16, 1900.) No. 150. In Error to the Circuit Court of the United States for the Southern District of New York. Rush Taggart, for plaintiff in error. Treadwell Cleveland, for defendants in error. Before WALLACE and SHIPMAN, Circuit Judges. No opinion. Judgment affirmed on the opinion in the former appeal. 98 Fed. 533.

---

TULLIS v. LAKE ERIE & W. R. CO. (Circuit Court of Appeals, Seventh Circuit.) Questions of law certified to the supreme court of the United States. See 20 Sup. Ct. 136, Adv. S. U. S. 136, 44 L. Ed. ——, 175 U. S. 348.

---

UNITED STATES v. DALLES MILITARY ROAD CO. et al. (Circuit Court of Appeals, Ninth Circuit. February 14, 1900.) No. 434. Appeal from the Circuit Court of the United States for the District of Oregon. John H. Hall, U. S. Atty. Huntington & Wilson, G. G. Gammons, R. B. Lamson, Barin & Ward, Seneca Smith, J. K. Kelly, Richard Nixon, Chester V. Dolph, Carey & Mays, and P. Tillinghast, for appellees. Dismissed.